### JUDD et al. v. NEW YORK & T. S. S. CO.

(Circuit Court of Appeals, Third Circuit. October 18, 1902.)

#### No. 18.

Petition for Rehearing. Granted.
For former opinion, see 117 Fed. 206.

PER CURIAM. It is, this 18th day of October, 1902, ordered that the said petition for a rehearing of this cause upon points covered by the assignments of error other than the first be granted, and the court will hereafter fix a time when the same may be heard.